UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-cv-81156

THANH NGUYEN, et al.,

    Plaintiffs,

v.

BARRY BIONDO, et al.,

    Defendants.
_____/



## FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiffs Thanh Nguyen and Loung Nguyen's (collectively, "Plaintiffs") Request for Entry of Separate Final Judgment. It is hereby

**ORDERED AND ADJUDGED** that Final Judgment is hereby entered in favor of Plaintiffs and against Defendants Barry Biondo, and Tipsy Spa and Salon Inc. (collectively, "Defendants"). It is further

**ORDERED AND ADJUDGED** that Plaintiffs shall recover from Defendants: (1) $850,000.00 in statutory damages; (2) $120,737.20 in contract damages; (3) $242,295.50 in attorney's fees; (4) $10,747.18 in costs; and (5) $27,700 in sanctions for violations of this Courts Omnibus Order. It is further

**ORDERED AND ADJUDGED** that Defendants are hereby permanently enjoined from using the "Tipsy" trademark. It is further

**ORDERED AND ADJUDGED** that Defendants, shall, by May 17, 2013, complete a Fact Information Sheet, concerning their assets.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this ___ day of April, 2013.

Copies to: Counsel of Record

DONALD M MIDDDLEBROOKS
UNITED STATES DISTRICT JUDGE